June 5, 1951

**No. 55644.**—John Sexton & Co., Inc. *v.* United States, protest 116887–K/311.— —C. D. 1321. ‘Plaintiff's application for rehearing granted. .

Before the First Division, June 12, 1951

**No. 55645.**—E. Lembeck & Bros. et al. *v.* United States, protests 168777–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55646.**—Quon Quon Company *v.* United States, protest 126067–K (Los Angeles).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55647.**—Monticello Industries, Inc., et al. *v.* United States, protests 126156–K, etc. (Buffalo).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55648.**—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 128740–K/1037, etc. (Chicago).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55649.**—Wm. Filene's Sons Co. et al. *v.* United States, protests 141783–K, etc. (Boston).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.